UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-cv-00648-FDW-DSC

| | |
|---|---|
| SECURITY FIRST BANK, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )     ORDER<br>) |
| IF ARMOR INTERNATIONAL, LLC, | )<br>) |
| Defendants. | )<br>) |

THIS MATTER is before the Court *sua sponte* as to the status of this case. It appears the parties have resolved this case, (Doc. Nos. 18, 20), and the magistrate judge has allowed the parties until Saturday, December 18, 2021, to file a stipulation of dismissal (Text-Only Order entered 11/9/21). This matter, however, is docketed for trial beginning January 3, 2022, and pretrial submissions are required in advance of trial so that the Court can be prepared to proceed. Accordingly, the parties' jointly prepared pretrial submissions required under the Case Management Order in this matter, (Doc. No. 12), shall be due Monday, December 20, 2021.

IT IS THEREFORE ORDERED that the parties' jointly prepared pretrial submissions shall be due December 20, 2021. A pretrial conference, if necessary, shall take place immediately following docket call on January 3, 2022, in Courtroom #5B of the Charles R. Jonas Building.

IT IS SO ORDERED.

Signed: November 29, 2021

Frank D. Whitney
United States District Judge